IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STATE FARM FIRE & CASUALTY COMPANY**, A Foreign Corporation,<br>         Plaintiff,<br>v.<br><br>**OREGON TRAIL EQUIPMENT, LLC.**, a Nebraska Limited Liability Company,<br>         Defendant. | CASE NO. 4:10-cv-3232<br><br>CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney | Name of Party | Date |
|---|---|---|
| /s/ William E. Gast, #11455 | for State Farm Fire & Casualty, Co. | 01/31/11 |
| /s/ Daniel M. Placzek, #16641 | for Oregon Trail Equipment, LLC | 01/31/11 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl Renae Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

February 1, 2011.                                BY THE COURT:

                                                 *Richard G. Kopf*
                                                 United States District Judge